**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00024-SBP

CRISTHIAN LEOPOLDO TREJO ARENAS,

      Petitioner,

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,
ARTHUR WILSON, in his official capacity as ICE Field Office Director,
JOHNNY CHOATE, in his official capacity as Warden of the Aurora Immigration Detention Facility,
PAMELA BONDI, in her official capacity as United States Attorney General,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, and
BOARD OF IMMIGRATION APPEALS,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of Magistrate Judge Susan Prose entered on February 5, 2026, [ECF No. 12] and June 9, 2026, [ECF No. 14], it is

ORDERED that the Petition for Writ of Habeas Corpus 28 U.S.C. § 2241. [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1),

D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.


Dated at Denver, Colorado this 9th day of June, 2026.


FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By:   s/   M. Smotts

M. Smotts, Deputy Clerk